UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR123-013 |
| | ) | |
| CALVIN LOMONT POWELL, JR. | ) | |

**ORDER ON MOTION FOR LEAVE OF ABSENCE**

**Tara M. Lyons** having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT** Tara M. Lyons be granted leave of absence for the following periods: May 30, 2023 through June 2, 2023; August 14, 2023 through August 18, 2023.

**SO ORDERED**, this the 9th day of May, 2023.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA